IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS BLUE CROSS AND BLUE SHIELD,
A MUTUAL INSURANCE COMPANY AND
USABLE CORPORATION                                                              PLAINTIFFS

VS.                              4:07CV813 JMM

ST. VINCENT INFIRMARY MEDICAL CENTER,
LITTLE ROCK CARDIOLOGY CLINIC, P.A., AND
LITTLE ROCK HMA, INC. d/b/a SOUTHWEST
REGIONAL MEDICAL CENTER                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on December 5, 2007, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 5th day of December 2007.

_____
James M. Moody
United States District Judge